IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | ) ) ) |
| Plaintiff-Petitioner, | ) ) |
| vs. | ) No. 03-3054 ) |
| KEVIN VON BEHREN, an Individual, | ) ) |
| Defendant-Respondent. | ) |

OPINION

RICHARD MILLS, U.S. District Judge:

Following a hearing on the Petitioner's petition for prosecution of the Defendant for civil contempt, the Court directed the Petitioner to file a proposed purge order with an attached installment schedule and a declaration of counsel outlining the fees and expenses incurred in preparation and prosecution of the petition.

The Defendant submitted a response to the proposed order, wherein he objects to the timing of when the initial installment payment is due;

1

when the fees and expenses must be paid; and that it includes an accelerator clause making the full amount due and payable if he fails to timely make an installment payment. Although it has been nearly three years since the judgment was entered, the Defendant still owes $26,594.67 in back wages plus pre-judgment interest.

The Petitioner requests that the Court order the Defendant's first installment payment of $600.00 to be due on October 29, 2006. The Petitioner also requests that the Defendant be ordered to pay its expenses of bringing this action. It seeks payment in the amount of $557.75 on or before November 30, 2006.

The Court agrees with the Petitioner that the installment schedule is fair and reasonable under the circumstances of this case. However, the Court will give the Defendant one additional month to make his first installment payment and to pay the Petitioner's expenses of bringing this contempt action.

Ergo, it is hereby ORDERED that the Defendant's first installment payment shall be due on November 30, 2006. It is further ORDERED that

the payment in the amount of $557.75 for the Petitioner's expenses is due on or before December 31, 2006. The additional payments shall be due on the dates provided in the installment schedule listed in Exhibit A of the Order to Purge.

IT IS SO ORDERED.

ENTER: October 19, 2006

        FOR THE COURT:

        s/Richard Mills
        United States District Judge